No. 94–7914. JOHNSON *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 94–7944. BURKET *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 94–7984. TRAYLOR *v.* REYNOLDS, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–7986. KIDD *v.* KAY AUTOMOTIVE DISTRIBUTORS, INC. C. A. 9th Cir. Certiorari denied.

No. 94–7996. SHOWS *v.* DYAL ET AL. C. A. 11th Cir. Certiorari denied.

No. 94–8006. MASON *v.* SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 94–8007. CLAY *v.* MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 94–8008. BOOTH *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 94–8015. JONES *v.* WHITE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 94–8017. MARTIN *v.* McKUNE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–8019. CALIFORRNIAA *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 94–8024. YOUNG *v.* SHILAOS ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–8026. RAMIREZ *v.* PRICE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–8033. McCORMACK *v.* RUNYON, POSTMASTER GENERAL. C. A. 6th Cir. Certiorari denied.